## ORDER

PER CURIAM

**AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

The Application for Relief Pursuant to Pa.R.A.P. 123, filed by Riverwatch Condominium Owners Association, is **DISMISSED WITHOUT PREJUDICE**. *See King v. Delaware County Court of Common Pleas Judge*, 2 MM 2017 (order dated February 28, 2017) (issuing a rule on Petitioners "to show cause why they should not be barred from submitting any further filings in this Court relative to the civil action involving Riverwatch Condominium Owners Association, including any related orders concerning the awards of costs, as well as directives barring Thomas P. Gannon, Esquire, from representing Daniel King.").

■

The **BANK OF NEW YORK MELLON** f/k/a The Bank of New York, as Trustee, Respondent

v.

Mark D. **MAZZA** and Lisa A. Mazza, Petitioners

No. 724 MAL 2016

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**MEYER–CHATFIELD CORP.**

v.

**BANK FINANCIAL SERVICES GROUP,** Steven Goldberg, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

Meyer–Chatfield Corp. and Meyer Chatfield Administrative Services, LLC

v.

Bank Financial Services Group, Steven Goldberg, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

Petition of: Bank Financial Services Group, Steven Goldberg, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

No. 716 MAL 2016

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.